# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHELLE R. ESTEP,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 15-10381
Hon. Terrence G. Berg

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 30)

This matter is before the Court on Magistrate Judge Anthony P. Patti's March 22, 2018 Report and Recommendation (Dkt. 30), recommending that Plaintiff's Motion for Authorization of Attorney's Fees pursuant to 42 U.S.C. §406(b) (Dkt. 27) be **GRANTED in part and DENIED in PART.**

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation.

1

28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of March 22, 2018 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation of March 22, 2018 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for Attorney's Fees is **GRANTED in part and DENIED in part**, and that Plaintiff receive a fee award of $9,514.00 per the Report and Recommendation.

**SO ORDERED.**

Dated: June 25, 2018        s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

## Certificate of Service

    I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on June 25, 2018.

                              s/A. Chubb
                              Case Manager